IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                     No. 4:22-CR-207-Y

AYOOB WALI (01)

## EXPERT-WITNESS DESIGNATION

The government expects to call the following expert witnesses:

I.      Eve E. Eisenbise, Firearms Enforcement Officer, Firearms Technology Criminal Branch, Bureau of Alcohol, Tobacco, Firearms, and Explosives, or another qualified ATF agent or officer.    FEO Eisenbise is expected to testify regarding her examination of the devices charged in indictment and that these devices are machinegun conversion devices and are considered machineguns under 18 U.S.C. § 921(a)(23); and 26 U.S.C. § 5845(a) and (b).      She is also expected to testify as to the homemade manufacture of machinegun conversion devices, the use of at-home equipment such as 3-D printers, how the machinegun conversion devices operate, and the patent that these devices are modeled after.

II.     Special Agent Jeffrey K. Massey, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), or another SA with the ATF, to testify as to the homemade manufacture of machinegun conversion devices, the use of at-home equipment such as 3-D printers, how the machinegun conversion devices operate, and the means and methods employed to illegally traffic in machinegun conversion devices.

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


*/s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
State Bar of Texas No. 24062396
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX 76102-6897
Telephone: 817.252.5213
Facsimile: 817.252.5455
E-mail: frank.gatto@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing pleading with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.


*/s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney